UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIEL BOCK, JR.,** | Civ. No. 11-7593 (KM)(MCA) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **PRESSLER AND PRESSLER, LLP,** | |
| **Defendant.** | |

**THIS MATTER** having been opened to the Court, pursuant to Fed. R. Civ. P. 56, by Defendant Pressler and Pressler, LLP through its own counsel, on a motion for summary judgment [ECF No. 32]; and by Plaintiff Daniel Bock, Jr. through his counsel Philip D. Stern Attorney At Law, LLC, on a motion for summary judgment as to liability [ECF No. 34]; and Plaintiff having submitted papers in opposition to Defendant's Motion [ECF Nos. 45-47]; and Defendant having submitted papers in opposition to Plaintiff's motion [ECF No. 48]; and the parties having replied to the each other's opposition papers [ECF Nos. 49, 52]; and the Court having heard oral argument on the motions [ECF No. 58] and having read and considered all of the papers; for the reasons stated in the opinion filed on this date, and for good cause shown:

**IT IS** this 30th day of June, 2014,

**ORDERED** that the motion for summary judgment of Defendant Pressler and Pressler, LLP is **DENIED**; and it is further

**ORDERED** that the motion for summary judgment of Plaintiff Daniel Bock, Jr. is **GRANTED**; and it is further

**ORDERED** that Judgment shall be entered in favor of Plaintiff, following the submission of letter briefs concerning the appropriate measure of damages. Plaintiff shall submit his letter brief on or before July 7, 2014; Defendant shall submit its letter brief on or before July 14, 2014. Letters shall not exceed ten pages, and oral argument shall be convened only if required by the Court.

_____
HON. KEVIN MCNULTY, U.S.D.J.