UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-1056
_____

DANIEL BOCK, JR.

v.

PRESSLER & PRESSLER, LLP,
                                     Appellant
_____

On Appeal from the United States District Court for the
District of New Jersey
(District Court No.: 2-11-cv-07593)
District Judge: Honorable Kevin McNulty
_____

Argued on November 10, 2015

Before: CHAGARES, RENDELL and BARRY, Circuit Judges.

## JUDGMENT

This case came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on November 10, 2015.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered December 4, 2014, be and the same is hereby vacated and remanded to the District Court for further proceedings consistent with this Opinion.

No costs are taxed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron

Clerk

Dated: July 27, 2016